## Commonwealth *v.* Barnes, Appellant.

Submitted September 19, 1972. *Leonard Turner,* for appellant; *Norris E. Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Baron, Appellant.

Argued September 14, 1972. *Jackson M. Stewart, Jr.,* with him *Walter T. ReDavid,* and *ReDavid, Orlowsky & Natale,* for appellant; *Anna I. Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.